UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:09-cv-49

| | |
|---|---|
| BOVIS LEND LEASE, INC.,<br>　　　　Plaintiff,<br><br>v.<br><br>TOTAL SCOPE CONSTRUCTION<br>SERVICES, INC.,<br>　　　　Defendant. | **ORDER** |

**THIS MATTER** is before the Court pursuant to the parties' Joint Motion for Consent Judgment (Doc. No. 19). The parties, through counsel, have stipulated and agreed that entry of this Consent Judgment fully and finally disposes of all claims and counterclaims asserted, and that could have been asserted, in this action.

**IT IS, THEREFORE, ORDERED** that:

1. The Joint Motion for Consent Judgment (Doc. No. 19) is **GRANTED**;

2. The stipulation and agreement of the parties is hereby approved;

3. Plaintiff shall have and recover $35,000, plus interest, accruing after the date of entry of this Consent Judgment, from Defendant; and

4. Plaintiff's Motion to Enforce the Settlement Agreement (Doc. No. 17) is **DENIED as moot**.

Signed: January 28, 2010

Robert J. Conrad, Jr.
Chief United States District Judge